UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF FLORIDA



FILED by _____ D.C.
APR 25 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

JONATHAN PADILLA
    Plaintiff.

Case No.:

-v-

MORRIS, HARDWICK, SCHNEIDER, LLC   **14-cv-21484-Williams/Simonton**
    Defendants.

## VERIFIED COMPLAINT for RELIEF

Plaintiff, JONATHAN PADILLA, hereby sues Defendant, MORRIS, HARDWICK, SCHNEIDER, LLC and alleges:

### PRELIMINARY STATEMENT

1.    This is an action for damages brought for violations of the Florida Consumer Collection Practices Act (FCCPA), Fla. Stat. §559.72(9) and for violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692e(2)(A), § 1692e(5).

2.    Upon belief and information, Plaintiff contends that many of these practices are widespread for the Defendant. Plaintiff intends to propound discovery to Defendant identifying other individuals who have suffered similar violations.

### JURISDICTION AND VENUE

3.    The jurisdiction of this Court is conferred by Fla. Stat. §559.77, 15 U.S.C. §1681p, 15 U.S.C. §1692k, and 47 U.S.C. §227(a)3 & (a)5.

4.    Venue is proper in this Circuit pursuant to Fla. Stat. §559.77 and 28 U.S.C. §1391b.

5.    This is an action for damages under $5,000.00.

### PARTIES

6.    Plaintiff, Jonathan Padilla, is a natural person and is a resident of the State of Florida.

1

7.     Upon information and belief Defendant, MORRIS, HARDWICK, SCHNEIDER, LLC is a corporation and a citizen of the State of Florida, authorized to do business in Florida with its principal place of business located at 5110 Eisenhower Blvd. Suite 302 A Tampa, Fl 33634.

8.     All conditions precedent to the bringing of this action have been performed, waived or excused.

## FACTUAL ALLEGATIONS

9.     Plaintiff has no prior or present established relationship with the Defendant

10.    Plaintiff has no contractual obligation to pay Defendant

11.    In February 2014, Plaintiff received a letter from MORRIS, HARDWICK, SCHNEIDER, LLC stating that they are collecting a debt. The letter stated in part **"THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE."**

12.    On February 3, 2014 Plaintiff sent a Debt Validation Request via certified mail#70131710000011799092 to Defendant.

13.    On April 22, 2014 Plaintiff received notification that Defendant filed a NOTICE OF LIS PENDENS April 16, 2014 in the Circuit Court of the Eleventh Circuit in and for Miami-Dade County, Florida Case File 20140279794 in an attempt to collect on the alleged debt without validating the alleged debt.

14.    Plaintiff contends that the illegal actions of the Defendant have harmed the Plaintiff, resulting in, mental anguish, humiliation, loss of sleep, and expenditures for attorney's fees and costs.

## COUNT I
## VIOLATION OF FLORIDA CONSUMER COLLECTION
## PRACTICES ACT (FCCPA), FLA. STAT. §559(Part VI)
## BY DEFENDANT MORRIS, HARDWICK SCHNEIDER, LLC

15. Paragraphs 1 through 14 are re-alleged as though fully set forth herein

16. Plaintiff is a consumer within the meaning of the FCCPA, Fla. Stat. §559.55(2).

17. MORRIS, HARDWICK, SCHNEIDER, LLC is a debt collector within the meaning of the FCCPA, Fla. Stat. §559.55(6).

18. MORRIS, HARDWICK, SCHNEIDER, LLC violated the FCCPA. Defendants' violations include, but are not limited to, the following:

> **(a)** MORRIS, HARDWICK, SCHNEIDER, LLC violated Fla. Stat. §559.72(9) by claiming, attempting or threatening to enforce a debt when such persons knew that the debt was not legitimate.

19. Fla. Stat. §559.72(2) states in part "Upon adverse adjudication, the defendant shall be liable for actual damages and for additional statutory damages of up to $1,000, together with court costs and reasonable attorney's fees incurred by the plaintiff. In determining the defendant's liability for any additional statutory damages, the court shall consider the nature of the defendant's noncompliance with s. 559.72, the frequency and persistence of such noncompliance, and the extent to which such noncompliance was intentional."...

**WHEREFORE**, Plaintiff demands judgment for damages against MORRIS, HARDWICK, SCHNEIDER, LLC for actual, statutory, and punitive damages, attorney's fees and costs, pursuant to Fla. Stat. §559.77.

## COUNT II
## VIOLATION OF FAIR DEBT COLLECTION
## PRACTICES ACT (FDCPA), 15 U.S.C. §1692
## BY DEFENDANT MORRIS, HARDWICK SCHNEIDER, LLC

20.     Paragraphs 1 through 14 are re-alleged as though fully set forth herein.

21.     Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3).

22.     MORRIS, HARDWICK, SCHNEIDER, LLC is a debt collector within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

23.     MORRIS, HARDWICK, SCHNEIDER, LLC violated the FDCPA. Defendants' violations include, but are not limited to, the following:

>   (a) MORRIS, HARDWICK, SCHNEIDER, LLC violated 15 U.S.C. §1692e(2)(A) by falsely representing the character, amount, or legal status of any debt.
>
>   (b) MORRIS, HARDWICK, SCHNEIDER, LLC violated 15 U.S.C. §1692e(5) by threatening to take any action that could not legally be taken or that was not intended to be taken.
>
>   (c) MORRIS, HARDWICK, SCHNEIDER, LLC violated 15 U.S.C. §1692g (b) by not ceasing collection efforts until the debt was validated.

24.     According to the FDCPA 15 USC §813 1692k

> "(a) Except as otherwise provided by this section, any debt collector who fails to comply with any provision of this title with respect to any person is liable to such person in an amount equal to the sum of --
>
> (1) any actual damage sustained by such person as a result of such failure;
>
> (2) (A) in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000; ..."

**WHEREFORE**, Plaintiff demands judgment for damages against MORRIS, HARDWICK, SCHNEIDER, LLC for actual, statutory and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692k.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 25th Day of April, 2014

JONATHAN PADILLA,
811 Ne 199th St. #105
Miami, Fl 33179
305-766-9906

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 25th day of April, 2014 by U.S. Mail delivery to:

MORRIS, HARDWICK, SCHNEIDER, LLC
3560 LENOX ROAD NE
SUITE 3000
ATLANTA, GA 30326

MORRIS, HARDWICK, SCHNEIDER, LLC
5110 EISENHOWER BLVD.
SUITE 302A
TAMPA, FLORIDA 33634

REGISTERED AGENT
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

JONATHAN PADILLA
811 Ne 199th St. #105
Miami, Fl 33179
305-766-9906