UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Miami)

**Case No.: 1:14-cv-21484-KMW**

Judge Kathleen M. Williams

JONATHAN PADILLA,
     PLAINTIFF,

V.

MORRIS HARDWICK SCHNEIDER, LLC,
     DEFENDANT.

_____/

### DEFENDANT'S NOTICE OF UNAVAILABILITY

     ***PLEASE TAKE NOTICE*** that the undersigned counsel for Defendant will be

unavailable from July 28, 2014 through and including August 1, 2014, and respectfully requests

that no hearings or depositions be scheduled during that time and that no pleadings be filed

which would require a timely response during this time period.

Dated: July 25, 2014

                             Respectfully submitted,

                             ***/s/ David Djebelli, Esq.***
                             David Djebelli, Esq., FBN: 91018
                             For the Firm
                             Morris|Hardwick|Schneider, LLC
                             5110 Eisenhower Blvd., Suite 302A
                             Tampa, Florida 33634
                             Telephone: 813-319-1990
                             Fax: 813-319-1991
                             Toll Free: 1-866-503-4930
                             Primary e-mail: MHSinbox@closingsource.net
                             Secondary e-mail: ddjebelli@closingsource.net

## <u>CERTIFICATE OF SERVICE</u>

**_I HEREBY CERTIFY_** that on this 25th day of July, 2014, I electronically caused the

forgoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the

forgoing document is being served on this 25th day of July, 2014 via U.S. Mail to: Jonathan

Padilla, 811 NE 199 Street, #105, Miami, FL 33179.

By:     **/s/ David Djebelli, Esq.**
         David Djebelli, Esq.
         Morris|Hardwick|Schneider, LLC