UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF FLORIDA

Case No.: 1:14-cv-21484-KMW

JONATHAN PADILLA
    PLAINTIFF,

-v-

MORRIS, HARDWICK, SCHNEIDER, LLC
    DEFENDANT.

_____/

**PLAINTIFFS MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff JONATHAN PADLLA, Pro Se, pursuant to F.R.C.P. Rule 15 and Local Rule 7.1 (a) files this Motion to Amend Complaint and states:

1.     Plaintiff has filed a lawsuit against Defendant for violations of FDCPA 15 U.S.C. § 1692 and violations of FCCPA, Fla. Stat. §559.72.

2.     Plaintiff has discovered additional Defendants related to this case with violations of FDCPA 15 U.S.C. § 1692 and violations of FCCPA, Fla. Stat. §559.

3.     As a result, Plaintiff respectfully requests leave to Amend Complaint.

    **WHEREFORE**, Plaintiff JONATHAN PADILLA, respectfully requests the Court to grant this Motion to Amend Complaint and for such other and further relief that the court deems just and proper.

Dated: September 4, 2014
Respectfully submitted,

JONATHAN PADILLA,
811 Ne 199th St. #105
Miami, Fl 33179
305-766-9906

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 4 day of September, 2014 by mail delivery to:

*Copies furnished to*:
Morris Hardwick Schneider
5110 Eisenhower Blvd.
Suite 302A
Tampa, FL 33634
305-318-0626
Email: daviddj26@gmail.com

*[signature]*

Jonathan Padilla
811 Ne 199th St. #105
Miami, Fl 33179
305-766-9906

2