UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Miami)

Case No.: 1:14-cv-21484-KMW

Judge Kathleen M. Williams

JONATHAN PADILLA,
    PLAINTIFF,

V.

MORRIS HARDWICK SCHNEIDER, LLC,
    DEFENDANT.

_____/

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

**COMES NOW**, Defendant, Morris Hardwick Schneider, LLC (hereinafter "Defendant" or "MHS"), hereby files its Response in Opposition to Plaintiff's Motion for Leave to Amend Complaint, and further states as follows:

1. On or about September 4, 2014, Plaintiff filed its Motion for Leave to Amend Complaint at Docket Entry No.: 12 ("Motion").

2. Local Rule 15.1 states in pertinent part that "a party who moves to amend a pleading shall attach the original of the amendment to the motion…"

3. Plaintiff failed to attach the proposed amended pleading to the Motion.

4. Local Rule 7.1(a)(3) requires that Plaintiff confer with Defendant prior to filing his Motion.

5. Plaintiff failed to confer or make a reasonable effort to confer with Defendant prior to filing his Motion. Further, Plaintiff's Motion fails to include the good-faith certification required by Local Rule 7.1(a)(3).

**WHEREFORE**, Defendant requests that the Court deny Plaintiff's Motion for Leave to Amend Complaint and any other relief that the Court deems appropriate.

Dated: September 8, 2014

                Respectfully submitted,

                */s/ David Djebelli, Esq.*
                David Djebelli, Esq., FBN: 91018
                For the Firm
                Morris Schneider Wittstadt, LLC
                5110 Eisenhower Blvd., Suite 302A
                Tampa, Florida 33634
                Telephone: 813-319-1990
                Fax: 813-319-1991
                Toll Free: 1-866-503-4930
                Primary e-mail: daviddj26@gmail.com
                Secondary e-mail: ddjebelli@closingsource.net

### CERTIFICATE OF SERVICE

***I HEREBY CERTIFY*** that on this 8th day of September, 2014, I electronically caused the forgoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the forgoing document is being served on this 8th day of September, 2014 via U.S. Mail to: Jonathan Padilla, 811 NE 199 Street, #105, Miami, FL 33179.

By:    **/s/ David Djebelli, Esq.**
       David Djebelli, Esq.
       Morris Schneider Wittstadt, LLC